No. 94. Bibb, Director, Department of Public Safety of Illinois, et al. *v.* Navajo Freight Lines, Inc., et al. Appeal from the United States District Court for the Southern District of Illinois. Probable jurisdiction noted. *Latham Castle,* Attorney General of Illinois, and *William C. Wines, Raymond S. Sarnow, A. Zola Groves* and *Richard W. Husted,* Assistant Attorneys General, for appellants. *David Axelrod* and *Carl L. Steiner* for the Navajo Freight Lines, Inc., et al., appellees.

No. 210. United States *v.* Atlantic Refining Co., et al. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. Mr. Justice Clark and Mr. Justice Harlan took no part in the consideration or decision of this application. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman* and *W. Louise Florencourt* for the United States. *R. Sturgis Ingersoll* and *Bynum E. Hinton, Jr.* for the Arapahoe Pipe Line Co., *Hammond E. Shaffetz* and *Frederick M. Rowe* for the Service Pipe Line Co. et al., *Frank C. Bolton, Jr.* and *John E. McClure* for the Magnolia Pipe Line Co., *John J. Wilson* and *O. J. Dorwin* for the Texas Pipe Line Co. et al., *William F. Kenney* and *George S. Wolbert, Jr.* for the Shell Pipe Line Corp., *William Simon* for the Plantation Pipe Line Co., *R. L. Wagner* and *David T. Searls* for the Great Lakes Pipe Line Co., *Park Holland, Jr., Gentry Lee* and *Narvin R. Weaver* for the Cities Service Pipe Line Co., *Llewellyn C. Thomas, Caesar L. Aiello* and *G. B. Craighill, Jr.* for the Continental Pipe Line Co., *Nelson Jones* and *Joseph J. Smith, Jr.* for the Humble Pipe Line Co., *Joseph P. Walsh* and *Bynum E. Hinton, Jr.* for the Sinclair Pipe Line Co., *Arthur H. Dean, Roy H. Steyer* and *Hugh H. Obear* for the Interstate Oil Pipe Line Co. et al., and *Joseph P. Tumulty, Jr.* and *M. Joseph Matan* for the Tidal Pipe Line Co. et al., appellees.